JTW: 09.11.23
CJF USAO 2023R0001

SDC- BALTIMORE
23 SEP 12 PM 3:23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal no. JRR 23cr317 |
| | * | |
| v. | * | (Conspiracy to Possess with the |
| | * | Intent to Distribute Controlled |
| EDWARD PARTLOW and | * | Substances, 21 U.S.C. § 846; |
| KEITH BILLINGSLEY, | * | Possession with the Intent to |
| | * | Distribute Controlled Substances, 21 |
| Defendants. | * | U.S.C. 841(a); Aiding and Abetting, |
| | * | 18 U.S.C. § 2; Forfeiture, 21 U.S.C. |
| | * | § 853, 28 U.S.C. § 2461(c)) |
| | * | |

******

## INDICTMENT

### COUNT ONE

**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

Beginning on a date unknown to the Grand Jury but no later than April 2023, and continuing until on or about the date of this Indictment, in the District of Maryland, the defendants,

**EDWARD PARTLOW and
KEITH BILLINGSLEY,**

did knowingly and intentionally combine, conspire, confederate and agree with one another and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21 of the United States Code Section 841.

21 U.S.C. § 846; 18 U.S.C. § 2

1

## COUNT TWO

**(Possession with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland further charges that:

On or about May 18, 2023, in the District of Maryland, the defendants,

**EDWARD PARTLOW and
KEITH BILLINGSLEY,**

did knowingly and intentionally distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 841

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of the defendants' convictions under Counts One or Two of this Indictment.

2. Upon conviction of the offense(s) alleged in Counts One or Two of this Indictment, the defendant(s) shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense(s); and

   b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense(s).

### Substitute Assets

3. If any of the property described above, as a result of any act or omission of any defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above, pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853
28 U.S.C. § 2461(c)

_____
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**          9/12/23
Foreperson                      Date